CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 0 5 2011

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

|  |  |
|---|---|
| LeSueur-Richmond Slate Corp., | CIVIL ACTION No. 6:09-cv-68 |
| *Plaintiff,* | |
| v. | <u>ORDER</u> |
| Damien C. Fehrer, et al. | |
| *Defendants.* | Judge Norman K. Moon |

Pending before the court is Plaintiff's motion (docket no. 32) to reconsider or alter this court's order granting Defendants' motion to dismiss. *See LeSueur-Richmond Slate Corp. v. Fehrer*, --- F.Supp.2d ---, 2010 WL 4455559 (W.D. Va. 2010). As the matters have been adequately briefed, a hearing is not necessary. For the reasons set forth in the accompanying memorandum opinion, Plaintiff's motion to reconsider is hereby DENIED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying opinion to all counsel of record.

Entered this ___5th___ day of January, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1